UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>       v.<br><br>SUREFIRE, LLC,<br><br>       Defendant. | Case No. 8:24-cv-01556-JVS-KES<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**<br><br>[41] |
| SUREFIRE, LLC,<br><br>       Counterclaimant,<br><br>       v.<br><br>JAMES RIVER INSURANCE COMPANY,<br><br>       Counterclaim-Defendant. | |

# ORDER GRANTING
# JOINT STIPULATION OF DISMISSAL

The Court, having considered the James River's and SureFire's Joint Stipulation of Dismissal and good cause appearing, hereby ORDERS:

1. This case is hereby re-opened for the purpose of entering this Order and the accompanying Final Judgment.

2. James River's Fourth Claim for Relief (Restitution and Reimbursement) is dismissed with prejudice.

3. SureFire's Counterclaims Three (Breach of Covenant of Good Faith and Fair Dealing under the Policy), Four (Breach of Contract: Interim Defense Payment Agreement), and Five (Breach of Covenant of Good Faith and Fair Dealing under the Interim Defense Payment Agreement) are all dismissed with prejudice.

4. James River's Second Claim for Relief (Declaratory Judgment- No Duty To Indemnify Surefire) and Third Claim for Relief (Declaratory Judgment - No Duty To Defend Or Indemnify Surefire Due To Exclusions) are both dismissed without prejudice.

5. The Court's March 6, 2025 Order Regarding Plaintiff's Motion for Partial Summary Judgment [25] and Defendant's Motion for Partial Judgment on the Pleadings [27] (Dkt. 38) remains in full effect.

6. Each party shall bear its own attorneys' fees and costs, except as otherwise agreed.

IT IS SO ORDERED.

DATED: August 05, 2025

HON. JAMES V. SELNA
United States District Judge