# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>SUREFIRE, LLC,<br><br>    Defendant. | Case No. 8:24-cv-01556-JVS-KES<br><br>**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)** |
| SUREFIRE, LLC,<br><br>    Counterclaimant,<br><br>    v.<br><br>JAMES RIVER INSURANCE COMPANY,<br><br>    Counterclaim-Defendant. | |

FINAL JUDGMENT

# FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 54(b) and the Court's March 6, 2025 Order on Plaintiff and Counterclaim-Defendant James River Insurance Company ("James River")'s Motion for Summary Judgment and Defendant and Counterclaimant SureFire, LLC ("SureFire")'s Motion for Judgment on the Pleadings (Dkt. 38), and in light of the partial settlement agreement between the parties resolving all claims other than the duty-to-defend claims already adjudicated by the Court, the Court hereby enters FINAL JUDGMENT as follows:

**1. Adjudicated Claims**

  a. The Court's March 6, 2025 Order (attached hereto as Exhibit A) granted summary judgment in favor of Plaintiff and Counterclaim-Defendant James River Insurance Company ("James River") on its First Claim for Relief (Declaratory Judgment – No Duty to Defend SureFire) and on Defendant and Counterclaimant SureFire, LLC ("SureFire")'s Counterclaims One (Declaratory Relief: James River's Duty To Defend), Two (Breach of Contract: Duty To Defend), and Three (Breach of Covenant of Good Faith and Fair Dealing under the Policy).

  b. The Court's March 6, 2025 Order also denied James River's motion for summary judgment as to SureFire's Counterclaims Four (Breach of Contract: Interim Defense Payment Agreement) and Five (Breach of Covenant of Good Faith and Fair Dealing under the Interim Defense Payment Agreement) and denied SureFire's motion for partial judgment on the pleadings, as set forth in Exhibit A.

  c. The parties have resolved and jointly stipulated to dismiss the remaining claims that were not adjudicated in the Court's March 6, 2025 Order, and the Court has issued an Order granting those dismissals, thus leaving only the duty-to-defend claims addressed in the Court's March 6, 2025 Order for final resolution.

**2. Judgment**

Judgment is hereby entered in favor of Plaintiff/Counterclaim-Defendant James River Insurance Company and against Defendant/Counterclaimant SureFire, LLC on:

    a.    James River's First Claim for Relief (Declaratory Judgment – No Duty To Defend Surefire);

    b.    SureFire's Counterclaim One (Declaratory Relief: James River's Duty To Defend); and

    c.    Surefire's Counterclaim Two (Breach of Contract: Duty To Defend).

**3. No Remaining Claims**

As all other claims have been dismissed by stipulation or adjudicated by the Court, this Final Judgment resolves all claims between the parties in this action.

IT IS SO ORDERED.

DATED: August 05, 2025

_____
HON. JAMES V. SELNA
United States District Judge